**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6961**

DANNY ANGEL RODRIGUEZ,

Plaintiff - Appellant,

v.

WARDEN JASON C. STREEVAL,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:20-cv-00458-JPJ-PMS)

Submitted:  December 30, 2021                                Decided:  February 4, 2022

Before NIEMEYER and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Danny A. Rodriguez, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny A. Rodriguez appeals the district court's orders dismissing his *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) complaint complaint under 28 U.S.C. § 1915A(b), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rodriguez v. Streeval*, No. 7:20-cv-00458-JPJ-PMS (W.D. Va. Dec. 22, 2020; May 24, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*